UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JAMES M. HAMLET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:09-cv-183 |
| ) | |
| NUTEC COATINGS, ) | |
| ) | |
| Defendant. ) | |

## **OPINION AND ORDER**

Plaintiff James M. Hamlet, who is *pro se*, filed a motion on July 20, 2009 requesting that the Court order the Fort Wayne Metropolitan Human Relations Commission (Metro) to mail him a copy of Defendant's written response. (Docket # 6.) Hamlet contends that he needs the information to assist him in the litigation. Federal Rule of Civil Procedure 26(d)(1) provides, however:

> A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in [certain inapplicable proceedings], or when authorized by these rules, by stipulation, or by court order.

Accordingly, Hamlet's motion is at least premature given that counsel for the Defendant have not yet appeared and that therefore, the parties have not conferred as required by Federal Rule of Civil Procedure 26(f). Moreover, the Court sees no basis for authorizing this discovery at this time. Therefore, Hamlet's motion is DENIED.

SO ORDERED

Enter for this 23rd day of July, 2009.

S/Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge